UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAWN HAMELIN, et al.,

                      *Plaintiffs,*

v.

FAXTON-ST. LUKE'S HEALTHCARE, et al.,

                      *Defendants.*

STIPULATION OF VOLUNTARY DISMISSAL

08-CV-1219 (DNH/DEP)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, that the following individuals hereby discontinue their claims without prejudice, and without costs to either party as against the other:

    Kathleen Carpinella
    Kristine Kirkby
    Renee Kopek
    Olga Ross
    Marcelino Vazquez.

By: /s/ Jonthan B. Fellows
Jonthan B. Fellows
Suzanne M. Messer
*Attorneys for Defendant*
Bond, Schoeneck & King
One Lincoln Center
Syracuse, NY 13202

By: /s/ Sara E. Rook
Sara E. Rook
Patrick Solomon
Michael Lingle
*Attorneys for Plaintiffs*
Thomas & Solomon
693 East Avenue
Rochester, New York 14607

Dated: March 8, 2010

Dated: March 8, 2010

IT IS SO ORDERED:

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge
Dated: March 10, 2010
Syracuse, NY