UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

DAWN HAMELIN, et al.,

                        Plaintiffs,

    - vs -                                        5:08-CV-1219

FAXTON ST. LUKE'S HEALTHCARE, et al.,

                        Defendants.

-------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| THOMAS & SOLOMON LLP<br>Attorneys for Plaintiffs<br>693 East Avenue<br>Rochester, NY 14607 | J. NELSON THOMAS, ESQ.<br>PATRICK J. SOLOMON, ESQ.<br>JUSTIN M. CORDELLO, ESQ.<br>MICHAEL J. LINGLE, ESQ.<br>SARA E. ROOK, ESQ. |
| BOND, SHOENECK & KING, PLLC<br>Attorneys for Defendants<br>One Lincoln Center<br>Syracuse, NY 13202 | JONATHAN B. FELLOWS, ESQ.<br>R. DANIEL BORDONI, ESQ.<br>SUBHASH VISWANATHAN, ESQ. |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

The named plaintiffs brought this action in November 2008, asserting a variety of federal and state law claims. By Report-Recommendation dated July 19, 2010, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendants' motion for dismissal of all claims of the forty-seven named opt-in plaintiffs who have failed to answer court approved interrogatories (Dkt. No. 230) be granted, and that the following plaintiffs' claims against the defendants in this action be dismissed subject to their right, should class certification be granted, to participate as class members in the action if deemed appropriate by the court:

1. Jessica Aiello
2. Gayle A. Bankert
3. Courtney M. Berberick
4. Kimberly R. Bonvicino
5. Michael L. Calabrese
6. Nancy W. Conway
7. Cynthia R. Curtis
8. Regina N. Delmonico
9. Valecia C. Digristina
10. Frank C. Druse, III
11. Nancy J. Elsenbeck
12. Darsel M. Excell
13. Jennifer L. Flanders
14. Cynthia A. Gardner
15. Bethany George
16. Deanna Gotte
17. LisaGulla
18. Angela I. Haley
19. Kathleen M. Haley
20. Sara K. Hargrave
21. Alicia L. Harvey
22. Patricia M. Hines
23. Elizabeth A. Howe
25. Diane Jordan
26. William E. Jweid
27. Renee Koppany-Minasov
28. Donna Misiaszek - Antzak
29. Shilo Morreale
30. Stella D. Paladino
31. Ashley M. Price
32. Cheryl A. Rappa
33. Jacqueline C. Ruggiero
34. Charleen A. Ryan
35. Timothy J. Shepherd
36. Cynthia L. Stark
37. Brenda L. Stefanski
38. Nicole M. Banas
39. Julie A. M. Furgison
40. Phyllis A. Gary
41. Cecilia Guantero
42. John R. Mason
43. Joan D. Parvi
44. Patricia Postal
45. Susan L. Seymour
46. Charmaine Williams
47. Daniel Knapp

    24. Laura M. Inman

The plaintiffs have filed timely objections to the Report-Recommendation.

    Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

    Accordingly, it is

    ORDERED that

    1.  Defendants' motion for dismissal of all claims of the forty-seven named opt-in plaintiffs who have failed to answer court approved interrogatories (Dkt. No. 230) is GRANTED;

    2.  The following plaintiffs' claims against the defendants in this action are DISMISSED subject to their right, should class certification be granted, to participate as class members in the action if deemed appropriate by the court:

| | |
|---|---|
| 1. Jessica Aiello | 25. Diane Jordan |
| 2. Gayle A. Bankert | 26. William E. Jweid |
| 3. Courtney M. Berberick | 27. Renee Koppany-Minasov |
| 4. Kimberly R. Bonvicino | 28. Donna Misiaszek - Antzak |
| 5. Michael L. Calabrese | 29. Shilo Morreale |
| 6. Nancy W. Conway | 30.  Stella D. Paladino |
| 7. Cynthia R. Curtis | 31. Ashley M. Price |
| 8. Regina N. Delmonico | 32. Cheryl A. Rappa |
| 9. Valecia C. Digristina | 33. Jacqueline C. Ruggiero |

10. Frank C. Druse, III

11. Nancy J. Elsenbeck

12. Darsel M. Excell

13. Jennifer L. Flanders

14. Cynthia A. Gardner

15. Bethany George

16. Deanna Gotte

17. LisaGulla

18. Angela I. Haley

19. Kathleen M.Haley

20. Sara K. Hargrave

21. Alicia L. Harvey

22. Patricia M. Hines

23. Elizabeth A. Howe

24. Laura M. Inman

34. Charleen A. Ryan

35. Timothy J. Shepherd

36. Cynthia L. Stark

37. Brenda L. Stefanski

38. Nicole M. Banas

39. Julie A. M. Furgison

40. Phyllis A. Gary

41. Cecilia Guantero

42. John R. Mason

43. Joan D. Parvi

44. Patricia Postal

45. Susan L. Seymour

46. Charmaine Williams

47. Daniel Knapp

IT IS SO ORDERED.

Dated:   August  27,  2010
         Utica, New York.

_____
United States District Judge