UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN HAMELIN, RAKEISHA GRIFFIN AND JULIE FLINT, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>FAXTON-ST. LUKE'S HEALTHCARE, et al.,<br><br>*Defendants.* | NOTICE OF MOTION<br><br>Civil Action No.<br>No. 08-CV-1219(DNH/DEP) |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs and Defendants. |
| **RELIEF REQUESTED:** | An order granting preliminary approval of the settlement and Settlement Agreement, attached to the Declaration of Patrick J. Solomon, sworn to May 23, 2013. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23<br>Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Declaration of Patrick J. Solomon, Esq., and the exhibits attached thereto; Declaration of Jonathan B. Fellows, Esq., and the exhibits attached thereto; Memorandum of Law in Support of Motion for Preliminary Approval of Settlement; and proposed Preliminary Approval Order |
| **PLACE:** | United States District Court<br>Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica, NY 13501 |
| **DATE AND TIME:** | June 28, 2013 |

Dated: May 24, 2013

2151838.2

| **BOND, SCHOENECK & KING, PLLC** | **THOMAS & SOLOMON LLP** |
|---|---|
| */s/ Jonathan B. Fellows* | */s/ Patrick J. Solomon* |
| Jonathan B. Fellows, Esq. | Patrick J. Solomon, Esq. |
| Bar Roll No. 101628 | Bar Roll No. 2716660 |
| Suzanne M. Messer, Esq. | Guy A. Talia, Esq. |
| Bar Roll No. 514398 | Bar Roll No. 2790491 |
| Counsel for Defendants | Thomas & Solomon LLP |
| One Lincoln Center | Counsel for Plaintiffs |
| Syracuse, NY 13202 | 693 East Avenue |
| Telephone: (315) 218-8000 | Rochester, NY 14607 |
| Fax: (315) 218-8100 | Telephone:   585.272.0540 |
| jfellows@bsk.com | Facsimile:   585.272.0574 |
| smesser@bsk.com | psolomon@theemploymentattorneys.com |
| | gtalia@theemploymentattorneys.com |